FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 11 2021 *CAb*

MITCHELL R. ELFERS
CLERK OF COURT
*10:20 AM*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    **Plaintiff,**

vs.

              **No. CR 19-1377-KG**

CHARLES CAMPOLLA,

    **Defendant.**

**AMENDED ORDER GRANTING MOTION**
**TO RELEASE AND TRANSPORT OF DEFENDANT**

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Release Defendant, and the Court, having been fully and sufficiently advised in the premises, noting the United States Attorney and the United States Pretrial Services Officer having not opposed the Motion, and it being in line with the Defendant's Judgment dated September 8, 2021, FINDS the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the defendant shall be released as early as possible on Wednesday, October 13, 2021 from custody at FCI Florence to his mother, Lorraine Barncastle. Ms. Barncastle is then to transport Charles Campolla to Four Winds Behavioral Health in Rio Rancho, New Mexico at a date and time as confirmed by United States Probation Officer Charlotte Cde Baca to Ms. Barncastle and Counsel for Charles Campolla, Daniel Rubin.

IT IS FURTHER ORDERED that all other conditions previously set by the Court shall remain in full force.

_____
UNITED STATES DISTRICT JUDGE